UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

DAVID PALM,

    Plaintiff,

v.                                            CAUSE NO. 3:22-CV-337 DRL-MGG

TAURUS INTERNATIONAL
MANUFACTURING, INC *et. al.*,

    Defendants.

### ORDER

David Palm filed a notice to dismiss voluntarily all claims against Taurus International Manufacturing, Inc. and Taurus Holdings, Inc. with prejudice under Rule 41(a)(1). Because the defendants have filed answers, this notice will not suffice to terminate the case. Rule 41(a)(1)(A)(ii) requires "a stipulation of dismissal signed by all parties who have appeared." That said, without any opposition from the defendants, and understandably so, the court construes this notice as motion to dismiss under Rule 41(a)(2), GRANTS the motion, and DISMISSES the case with prejudice, the parties to bear their own costs and fees.

SO ORDERED.

October 2, 2023                                     *s/ Damon R. Leichty*
                                                              Judge, United States District Court